IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARCELJA, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TODD SHIPYARDS CORPORATION, ET AL.,<br><br>  Defendants.<br>                                                                / | No. C 06-05713 WHA<br><br>**ORDER OF REFERRAL** |

This action appears to be one of two cases filed in the Northern District of California involving seemingly identical claims by plaintiffs. The earliest-filed action was *Marcelja v. Todd Shipyards Corporation*, Case No. C 05-04347 MMC. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Maxine Chesney for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: September 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE