Dated: October 16, 2006

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Maxine M. Chesney

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY MARCELJA, Individually, as Wrongful Death Heir, and as Successor-in-Interest to RICHARD MARCELJA, Deceased; TIMOTHY MARCELJA, THEODORE MARCELJA, ANTHONY MARCELJA, as Legal Heirs of RICHARD MARCELJA, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORPORATION, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, and DOES 1-300,<br><br>　　　　　　Defendants. | No. C06-5713 MMC<br><br><br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to FRCivP 41(a), Plaintiffs hereby dismisses all Defendants from the above-referenced action, found at case number C06-5713 MMC, without prejudice.

Dated: October 13, 2006　　　　　　　　　　BRAYTON❖PURCELL LLP

　　　　　　　　　　　　　　　　　　　　　/s/ *David R. Donadio*
　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　David R. Donadio
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

K:\Injured\25862\Fed\DWOP second case (FED).wpd

1

Dismissal Without Prejudice- - C06-5713 MMC